**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*
DANNY ALLEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>Defendant. | **Case No.:** 5:17-CV-00429-JGB-DTB<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge:** Hon. Jesus G. Bernal |

//

//

---

**NOTICE OF SETTLEMENT**　　　　　　　　　　　　　　　　　PAGE 1 OF 2

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiff respectfully request that this Honorable Court vacate all pending hearing dates and allow the parties thirty (30) days within which to file dispositional papers. The parties anticipate that they will complete the settlement and a Request for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 14, 2017                    Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**


                                        By:   */s/ Mona Amini*
                                              ABBAS KAZEROUNIAN, ESQ.
                                              MONA AMINI, ESQ.
                                              ATTORNEYS FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 14, 2017, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 14, 2017, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.

**PROOF OF SERVICE**